NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLYDE FRASER, et al., | |
| Plaintiffs, | Civil Docket No. 10-5618 (FSH) |
| v. | **ORDER** |
| PSAK AND ASSOCIATES, | March 1, 2011 |
| Defendant. | |

**HOCHBERG, District Judge:**

    This matter having come before the Court upon *pro se* Plaintiffs' application to proceed without prepayment of fees under 28 U.S.C. § 1915; and Plaintiffs having filed a Complaint on October 28, 2010, against a law firm; and

    this Court having reviewed Plaintiffs' indigency status and having *sua sponte* screened the Complaint pursuant to 28 U.S.C. §1915(e)(2)(B) to determine if it is frivolous or fails to state a claim; and

    it appearing that Plaintiffs' Complaint is frivolous in that, giving Plaintiffs all reasonable inferences, the Complaint raises no federal grounds upon which relief may be granted,

    **IT IS** on this 1st day of March, 2011, hereby

    **ORDERED** that Plaintiffs' application to proceed *in forma pauperis* is **GRANTED**; and it is further

    **ORDERED** that Plaintiffs may file an Amended Complaint by March 22, 2011 to state a valid cause of action against Defendant; and it is further

**ORDERED** that if Plaintiffs fail to file an Amended Complaint that comports with this Order, their Complaint will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**